IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY KOZLOWSKI, ) | No. C 13-1340 LHK (PR) |
| Petitioner, ) | ORDER OF DISMISSAL |
| v. ) | |
| PEOPLE OF THE STATE OF CALIFORNIA, ) | |
| Respondent. ) | |

On March 25, 2013, Petitioner, a state prisoner proceeding *pro se*, filed a federal writ of habeas corpus and a motion for leave to proceed in forma pauperis ("IFP"). On June 4, 2013, the Court denied Petitioner's motion for leave to proceed IFP and issued an order to show cause to Respondent. The Court ordered Petitioner to pay the $5.00 filing fee within thirty days or face dismissal of this action. On July 15, 2013, Petitioner filed a letter stating that "a friend of mine who is on the street called down there and paid [the filing fee]." (Docket No. 7.) However, there is no indication that any filing fee was received. To date, Petitioner has not paid the filing fee. As more than thirty days have passed since Petitioner was instructed to do so, this case is DISMISSED without prejudice. The Clerk shall terminate all pending motions and close the case.

IT IS SO ORDERED.

DATED:  8/5/13

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

Order of Dismissal
G:\PRO-SE\LHK\HC.13\Kozlowski340failpay.wpd