UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY KOZLOWSKI,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>PEOPLE OF THE STATE OF CALIFORNIA, *et al.*,<br><br>　　　　Defendants. | Case No.  13-cv-01340-JD<br><br>**JUDGMENT** |

Pursuant to the order of dismissal signed today, a judgment of dismissal with prejudice is entered against petitioner and in favor of respondent.  Petitioner shall obtain no relief by way of his petition.

**IT IS SO ORDERED.**

Dated: May 16, 2014

_____
JAMES DONATO
United States District Judge

13-cv-01340-JD-_jud